# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**DORIS STEVENS,**

    **Plaintiff,**

**vs.**                                       **CASE NO. 1:09CV162-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time to respond to the complaint. (Doc. 7). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through November 2, 2009, to respond to the complaint.

**DONE AND ORDERED** this **2nd** day of October, 2009.

                                                   _s/ A. KORNBLUM_
                                                   **ALLAN KORNBLUM**
                                                   **UNITED STATES MAGISTRATE JUDGE**